CO-386-online
10/03

# United States District Court
# For the District of Columbia

JUDICIAL WATCH, INC.               )
                                   )
                                   )
                                   )
                Plaintiff          )    Civil Action No._____
         vs                        )
U.S. DEPARTMENT OF JUSTICE         )
and                                )
U.S. DEPARTMENT OF STATE           )
                                   )
                Defendant          )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __JUDICIAL WATCH, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __JUDICIAL WATCH, INC.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

429716
BAR IDENTIFICATION NO.

Paul J. Orfanedes
Print Name

501 School Street, SW, Suite 500
Address

Washington     DC     20024
City           State  Zip Code

(202) 646-5172
Phone Number