UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,            ) | |
|         ) | |
|       Plaintiff,      ) | Civil Action No.: 08-1161 (RMC) |
|         ) | |
|    v.        ) | |
|         ) | |
| U.S. DEPARTMENT OF JUSTICE, and   ) | |
| U.S. DEPARTMENT OF STATE,    ) | |
|         ) | |
|     Defendant.     ) | |
|         ) | |

## ANSWER

Defendants, the United States Department Justice and the U.S. Department of State, by and through their undersigned attorneys, hereby answer the Complaint for Declaratory and Injunctive Relief ("Complaint") in this case as follows. This case arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").[1] This Answer incorporates the headings used in the Complaint and answers each of its numbered paragraph as follows:

### JURISDICTION AND VENUE

1. This paragraph contains conclusions of law relating to jurisdiction, not averments of fact. No response is required.

2. This paragraph contains conclusions of law relating to venue, not averments of fact. No response is required.

### PARTIES

3. Defendant has insufficient information to admit or deny.

---

[1] Counsel for Defendants anticipates filing a motion for a briefing schedule in the coming days, and is in the process of contacting counsel for Plaintiff to confer about mutually acceptable deadlines for it.

4.  Admit the first two sentences of paragraph 4 of the Complaint.   Defendant DOJ has insufficient information to admit or deny the allegations in the third sentence because plaintiff withdrew the FOIA request which is the subject of the claim against defendant DOJ prior to any search being undertaken.

5.  Admit, and Defendant DOS avers that its position with respect to responding to the FOIA request has been unchanged since it received the FOIA request.

## STATEMENT OF FACTS

6.  Admit that Defendant DOJ received a letter from Tegan Milspaw of plaintiff dated April 1, 2008 requesting records under the Freedom of Information Act ("FOIA"), and aver that the contents of that letter speak for themselves.

7.  Admit that Defendant DOS received a letter dated April 1, 2008 requesting records under the FOIA, and aver that the contents of that letter speak for themselves.

8.  The first sentence of Paragraph 8 contains conclusions of law relating to timeliness, and no response is required.  To the extent the first sentence of Paragraph 8 contains averments of fact, deny.  With respect to the second sentence, deny in part and admit in part.  Defendant DOJ avers that a member of defendant DOJ's Initial Request Staff called and spoke to Ms. Milspaw on April 3, 2008 about the request dated April 1, 2008 and informed Ms. Milspaw that the Attorney General guidelines being requested were available on the Department of Justice's public website and that other information might be requested directly from multiple other DOJ components.  Defendant DOJ further avers that during the same conversation, Ms. Milspaw informed the member of DOJ's Initial Request Staff that she was withdrawing the April 1, 2008 request, and DOJ closed the matter.  Further admit that Defendant DOJ has not produced any

responsive records to Plaintiff in connection with the request, but aver that the omission was caused by and/or based on the reasonable belief that Ms. Milspaw had withdrawn the April 1, 2008 request.

9.  Admit, and aver that the contents of the April 21, 2008 letter speak for themselves, and further aver that Defendant DOS began responding to the request before this case began.

10.  The first sentence of Paragraph 10 contains conclusions of law relating to timeliness, and no response is required.  To the extent the first sentence of Paragraph 10 contains averments of fact, deny.  With respect to the second sentence, admit.  With respect to the third sentence, deny.

11.  Paragraph 11 of the Complaint contains conclusions of law regarding exhaustion of administrative remedies, to which no response is required.  To the extent a response is deemed necessary, deny.

**Count I**
(Violation of FOIA)

12.  See responses to Paragraphs 1 through 11 above.

13.  Deny.

Defendants deny each and every allegation set forth in the Complaint, unless specifically admitted above.  Defendants deny that Plaintiff is entitled to the release sought in the Complaint, or to any relief whatsoever, including the relief requested in the unnumbered paragraph following paragraph 13 of the Complaint.

WHEREFORE, Defendant prays for judgment as follows:

1.      For an order dismissing plaintiff's the Complaint in its entirety with prejudice;

2.      For an award of Defendant's costs and disbursements incurred in this action; and

3

3.    For such other and further relief as this Court may deem just and proper.

Dated: August 7, 2008.

                              Respectfully submitted,


                              _____
                              JEFFREY A. TAYLOR, D.C. Bar # 498610
                              United States Attorney


                              _____
                              RUDOLPH CONTRERAS, D.C. Bar # 434122
                              Assistant United States Attorney

                                /s/
                              _____
                              JANE M. LYONS, D.C. Bar # 451737
                              Assistant United States Attorney
                              555 4th St., N.W. - Room E4822
                              Washington, D.C. 20530
                              (202) 514-7161
                              jane.lyons@usdoj.gov

4