UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE and )<br>U.S. DEPARTMENT OF STATE, )<br>)<br>Defendants. )<br> ) | Civil Action No. 08-1161 (RMC) |

### JOINT MOTION FOR BRIEFING SCHEDULE

Plaintiff Judicial Watch, Inc. and Defendants, the United States Department of Justice and the U.S. Department of State, through their undersigned counsel, respectfully request that the Court establish the following briefing schedule for dispositive motions in this case, which arises out of plaintiff's request for certain information concerning T and U visas under the Freedom of Information Act, 5 U.S.C. § 552.

- Defendants' motion for summary judgment due by October 14, 2008;

- Plaintiff's opposition due by November 14, 2008; and

- Defendants' reply due by December 4, 2008.

This schedule is designed to allow the Department of States to complete its search, which it began prior to this lawsuit being filed, and to process and produce responsive documents to plaintiff at or around the end of August, 2008, and to allow plaintiff a reasonable amount of time to review the information to determine if counsel for the parties can narrow or eliminate the issues which need to be resolved by the Court.

A proposed order is attached.

Dated: September 2, 2008.

                                                       Respectfully submitted,

| | |
|---|---|
| /s/_____ | JEFFREY A. TAYLOR, D.C. Bar # 498610 |
| PAUL J. ORFANEDES, D.C. Bar #429716 | United States Attorney |
| JASON B. ALDRICH, D.C. Bar # 495488 | |
| JUDICIAL WATCH, INC. | |
| 501 School Street, S.W. - Suite 500 | /s/_____ |
| Washington, D.C. 20024 | JANE M. LYONS, D.C. Bar # 451737 |
| (202) 646-5172 | Assistant United States Attorney |
| | 555 4th St., N.W. - Room E4822 |
| | Washington, D.C. 20530 |
| | (202) 514-7161 |
| | jane.lyons@usdoj.gov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1161 (RMC) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE and ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Pursuant to the joint motion to establish a briefing schedule in this case, the Court hereby

**GRANTS** the motion and sets the following deadlines for future proceedings:

1. Defendants shall file a motion for summary judgment by October 14, 2008.

2. Plaintiff shall file its opposition by November 14, 2008.

3. Defendants shall file their reply by December 4, 2008.

**SO ORDERED.**

_____                                    _____
Date                                                                ROSEMARY M. COLLYER
                                                                           United States District Judge



Copies: Counsel of Record Through ECF